IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| LOVELACE, MICHAEL P. JR., EX-PARTE PLAINTIFF, | CIVIL ACTION U.S.C. 1983 |
| Vs. | |
| WARDEN ODUM, VALDOSTA STATE PRISON DEFENDANT, | TRIAL BY 12 JURORS CLASS-ACTION LAWSUIT. |

### -MOTION-
### U.S.C. 1983

COMES NOW, PLAINTIFF LOVELACE BEFORE APOINTMENT OF COUNCIL AS PRO-SE BEFORE THIS HONORABLE MIDDLE DISTRICT COURT, TO PRESENT THE SAID JURISTICTION MOTION OF A U.S.C. 1983 CIVIL RIGHT LAWSUIT AGAINST DEFENDANT WARDEN ODUM, IN EXERCEING (sic) HIS FIRST AMENDMENT RIGHT TO GRIEVE A COMPLAINT BEFORE THIS GOVERMENT, UNITED STATES OF AMERICA AND ITS DUE PROCESS OF JUSTICE

-2-

WITH UNLIMITED JURISTICTION TO PROSECUTE DEFENDANT, FOR PRISONER OF WAR - P.O.W. TORTUREMENT SUBJECTION, KNOWN TO THE GANEEVA CONVENTION AS INHUEMAIN WAR CRIMES ON PRISONERS, ENEMY OF THE STATE, FOR TWO YEARS AND COUNTING, AS THE UNITED STATES OF AMERICA SOIL IS ~~ALSO~~ UNDER A ALIEN/AND FOREIGN DOMESTICATED WAR ATTACK BY THE MIDDLE EAST - POST-CONVICTION, PRIOR 9/11 WAR CRIMES, DEFENDANT IS FOUND GUILTY OF TORTUREMENT SUBJECTION TO All INMATES DURNING AND WHILE [AT] VALDOSTA STATE PRISON, MAKEING THIS LAWSUIT RETTROACTIVE (sic) TO All INMATES WHO HAVE PASS THROUGH VALDOSTA STATE PRISON.

WARDEN ODUM MALICE TORTUREMENT SUBJECTION ON INMATES IS MORE THAN A SINGLE SUBJECTION/TORTUREMENT FROM HIS HAND, THERE'S A VAST ARAY OF WAR CRIMES SUBJECTION. CRIMES HERE

VALDOSTA STATE INMATES IS SUBJECTED TO A "BLACK-OUT" EFFECT, DARKNESS, NO WORKING LIGHTING AND DESTROYED LIGHT FIXTURES IN EACH LIVEING QUARTERS. THIS BURDON [DOES NOT] REST ON THE INMATE, THE BURDON REST BACK AT WARDEN ODUM, TO BE FREE FROM HARM AND BE SECURED FROM SAID BY THE WARDEN.

-3-

WE INMATES AT V.S.P. HAVE BEEN LIVEING IN DARKNESS FOR THE PAST TWO YEARS AND COUNTING, [AND] THE CRIMINAL ACTIVITY [THEREOF],,,, EXAMPLE; MURDER, RAPE, AGRAVATIVE ASSAULT BEATINGS, THEIVERY, etc. HAVE All BEEN CULTIVATED FROM THE "BLACKOUT" LIVEING IN DARKNESS, [W]HO COULD NOT SEE THE ACT COMEING TO STOP AND DEFEND THEMSELVES, AS I AM VICTIM TO THREE RAPE ASSAULTS IN MY ROOM UNDER THE SUBJECTION/TORTURE OF ZERO LIGHTING. (AND SUCIDE) ETC.

THIS BLACKOUT EFFECT, [HAS] MURDERED INMATES, RAPE INMATES, AGRAVATIVE ASSAULTED INMATES AND much MORE, All BC/ OF WARDEN ODUM Allowing IT TO HAPPEN. HE PRODUCE THIS.

WE INMATES, AFFECTED BY WARDEN ODUM P.O.W. WAR CRIMES HERE IS DEEPLY TRAMATIZED BY HIS GOVERMENT ATHORITY TO SUBJECT US TO HIS TORTORMENT WAYS HERE.

I, PLAINTIFF, HUMBLY REQUEST OF THIS HONORABLE COURT TO MAKE All INMATES CURRENTLY AT V.S.P. AND WHO HAVE PASS THROUGH HERE A PLAINTIFF CLASS-ACTION LAWSUIT FOR THEM. WE ARE DEEPLY TROUBLED OVER THIS, EITHER MENTALY AND PHYSCALY BY HIS/DEFFENDANT ERROUNES DISPLAY OF TORTUREMENT ON US.

-4-

WARDEN ODUM'S "BLACKOUT" SUBJECTION IS A SINGLE THREAD TO MUCH MORE OF HIS INHUMAIN CRUELITY ACTS ON INMATES AT V.S.P., AND POSSIBLY ELSE WHERE. THE REGIONAL INSPECTOR HAS TURNED A BLIND EYE AND HAS LOOK THE OTHER WAY ON PRISON INSPECTIONS. V.S.P. IS INSABOARDNIT AND UNFIT FOR DUTY.

STOP — BRIEF — STOP

UNDER ISNSA Homeland Security Washington DC
— REVIEW —

RESPECTFULLY,
PLAINTIFF
⊕ LOVELACE, MICHAEL P. JR.,
⊕ GDC No. #992707-F1-68-B
⊕ VALDOSTA STATE PRISON
⊕ P.O. BOX 5368
⊕ VALDOSTA, GA 31603
⊕ SUN-MARCH 09th, 2025
⊕ UNITED STATES ARMY
⊕ UNITED STATES NAVY
⊕ SECRET SERVICE OF THE C.I.A.
⊕ PRIVATE SOLDIER OF THE UNITED STATES PRESIDENCY