UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

FILED APR 24 '25 AM 11:10
MDGA-VAL

LOVELACE, MICHAEL P. JR.,
EX-PARTE
  PLAINTIFF,
Vs.

ODUM
  DEFENDANT,

TRIAL BY JURORS

7:25-CV-00036-LAG-ALS

MOTION
OF
INJUNCTIVE
RELIEF

COMES NOW, RESPECTFULLY BEFORE THIS HONORABLE COURT AS PRO-SE, PLAINTIFF LOVELACE RESPECTFULLY REQUEST OF THE HONORABLE JUDGE TO THIS FEDERAL CIVIL RIGHT LAWSUIT 7:25-CV-00036-LAG--ALS TO MAKE ALL INMATES AT VALDOSTA STATE PRISON A PLAINTIFF IN THE SAID FEDERAL CIVIL RIGHT LAWSUIT AS THEY SHARE THE SAME

EIGHT AMENDMENT VIOLATION WITH INJURIES AT VALDOSTA STATE PRISON BY THE DEFENDANT, OF THE HORRIFIC TORTUREMENT SUBJECTION CRIME(S) OF NO WORKING LIGHTING TO INMATE CELLS, AND CRIMES THEREOF.

SUCH THEREOF CRIMES PRODUCE BY THE EIGHT AMENDMENT VIOLATION INCLUDE, BUT NOT LIMITED TO ARE: MURDER, SUICIDE, RAPE, AGRAVATIVE ASSAULT, THEIVERY, etc. AND THE ~~SAFETY~~ BURDON OF SAFETY REST ON THE INMATE TO DEFEND FOR THEMSELFES IN DEFENDANT SUBJECTION.

STILL TODATE, WARDEN ODUM HASNOT RESTORED SAFETY AND ORDER AS EACH CELL ROOM HASNO LIGHTING STILL. WE ARE INDANGER BY THE DEFENDANTS DISORDERLY CONDUCT HERE, AS IT CLEARLY SHOWS IT.

-3-

Signed this day 10th, of the year of 2025.

Respectfully

Lovelace, Michael P. Jr,
GDC No.# 992707
Valdosta State Prison
P.O. Box 5368
Valdosta, GA 31603